■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MARY WALTER (SCHOONMAKER), Respondent. [913 NYS2d 118]— Appeal from an order of the Cayuga County Court (Thomas G. Leone, J.), entered January 13, 2010. The order determined that defendant is a level one risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Carni, Lindley, Pine and Gorski, JJ.